# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA VEGA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., a Delaware Corporation; CLINTON FAUCETTE, an individual; and DOES 1 through 50 inclusive, <br><br> Defendants. | CASE NO.: EDCV20-1805-JGB(KKx) <br><br> [~~PROPOSED~~] ORDER RE: STIPULATION FOR PROTECTIVE ORDER <br><br> Courtroom: 1 <br> District Judge: Hon. Jesus G. Bernal <br> Magistrate Judge: Hon. Kenly Kiya Kato <br> Complaint Filed: May 19, 2020 <br> Trial Date: |

## ORDER ON STIPULATION

Based on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as set forth at docket 16.

**IT IS SO ORDERED.**

Dated: October 21, 2020

_____
Honorable Kenly Kiya Kato
United States Magistrate Judge

1

CERTIFICATE OF SERVICE
CASE NO. 5:20-CV-01805- JGB